# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff             )      CRIMINAL NO. _O7CR3137-JM_
                                    )         ORDER _07mj8867_
         vs.                        )
                                    )      RELEASING MATERIAL WITNESS
  _Manuel Guerrero-Roman_           )
                                    )      Booking No.
              Defendant(s)          )
_____)

On order of the United States District/Magistrate Judge,    **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Guillermo Alejandro Napoles-Sandoval_

DATED: ____11/16/07____

                              **PETER C. LEWIS**
                              _____
                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____              OR
            DUSM

                              W. SAMUEL HAMRICK, JR.   Clerk

                              by _____
                                 **Deputy Clerk**

CLERK'S COPY
mc500 Crlm-25 rev. 8-95                    ✿ U.S. GPO: 2003-581-774/70082