UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 07CR3137-JM <br> 07mj8867 <br> ORDER |
| vs. | ) ) | RELEASING MATERIAL WITNESS |
| Manuel Guerrero-Roman | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Refugio Mizrain Garcia-Luna

DATED: 11/16/07

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk