# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _____ |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Manuel Ravelo-Ramon ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Kenelio; Ravelo-Mendez

DATED: 11/16/07

RECEIVED _____
         DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
      Deputy Clerk